# Court of Appeals
# of the State of Georgia

ATLANTA, February 16, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0145.  MISSIONARY G.A. BREEDLOVE v. CITY OF ATLANTA et al.**

Missionary Breedlove has petitioned this Court for a writ of mandamus, but this is not one of the rare instances that will invoke this Court's original mandamus jurisdiction. While filed under Rule 40(c), Breedlove seeks "a motion and pleading for discovery from District Attorney, Fulton County Board of Commissioners, for all eyes, ears to correct this injustice that occurred in 2002." What follows is then a "complaint for violations of civil rights, wrongful arrest, defamation, property confiscation, and request for injunctive relief." Thus, this is not a situation that implicates this Court's original mandamus jurisdiction, which "is narrow and will be exercised sparingly." Ct. App. R. 40(c); see also Ct. App. R. 40(c)(1) (explaining that Rule 40 motions must "[c]ontain an explanation why an order of this Court is necessary and why mandamus jurisdiction lies in this Court rather than a superior court"). Accordingly, this motion is ***DENIED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/16/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*